IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr204-MHT |
| | ) | (WO) |
| ELIGIO MORELOS-AYALA | ) | |

ORDER

Upon consideration of the recommendation of the
United States Magistrate Judge (Doc. No. 43) and the
objections filed by the defendant Eligio Morelos-Ayala
(Doc. No. 48); and after an independent and de novo
review of the record, including the transcript of the
hearing before the magistrate judge, it is the ORDER,
JUDGMENT, and DECREE of the court as follows:

(1) Defendant Eligio Morelos-Ayala's objections
(Doc. No. 48) are overruled.

(2) The recommendation of the United States
Magistrate Judge (Doc. No. 43) is adopted.

(3) Defendant Morelos-Ayala's motion to suppress
(Doc. No. 30) is denied. <u>See</u> <u>United States v.</u>

Geboyan, 367 Fed.Appx. 99, 101-02 (11th Cir. 2010) (finding that a traffic stop had ended and the exchange between the officer and the defendant had become a consensual encounter where the defendant sat in the front seat of the patrol car during the traffic stop, the doors were unlocked, she had not been restrained and was "free to leave the vehicle," and her paperwork was returned to her before any consent to search was sought).

DONE, this the 22nd day of March, 2011.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE