**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:10cr204-MHT
                            )            (WO)
ELIGIO MORELOS-AYALA        )
```

**ORDER**

Upon consideration of the government's motion to dismiss the indictment, it is ORDERED that the motion (Doc. 68) is granted, the indictment (Doc. 18) is dismissed, and defendant Eligio Morelos-Ayala is discharged. All pending motions are terminated as moot.

This case is closed.

DONE, this the 1st day of October, 2021.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**